JOSEPH SAGER, Respondent, *v.* HENRY FRIEDMAN et al., Appellants, and KAUFWEIN REALTY CO., INC., Respondent.

(Submitted May 18, 1936; decided May 26, 1936.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 270 N. Y. 472.)

CORAL GABLES, INC., Appellant, *v.* HARRY F. MAYER, Respondent.

(Submitted May 18, 1936; decided May 26, 1936.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 270 N. Y. 670.)